G. Thomas Martin, III (SBN 218456)
Tom@mblawapc.com
Nicholas J. Bontrager (SBN 252114)
Nick@mblawapc.com
**MARTIN & BONTRAGER, APC**
6464 West Sunset Boulevard, Suite 960
Los Angeles, CA  90028
(323) 940-1700 Telephone
(323) 238-8094 Facsimile

Attorneys for Plaintiff,
TARA LOVE ANIMASHAUN

Charles R. Messer (SBN 101094)
Messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
CALIFORNIA SERVICE BUREAU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA LOVE ANIMASHAUN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA SERVICE BUREAU, AND DOES I THROUGH 10.<br><br>Defendants. | CASE NO. 3:14-cv-03866-MMC<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that the individual claim of Plaintiff TARA ANIMASHAUN ("Plaintiff") has been settled. Plaintiff and Defendant CALIFORNIA SERVICE BUREAU, (hereinafter collectively referred to as "the Parties") anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to Plaintiff, and without prejudice as to the putative class members, within 60 days from the date of this Notice.

DATED: November 9, 2015    **MARTIN & BONTRAGER, APC**


/s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorneys for Plaintiff,
TARA ANIMASHAUN, individually and on behalf of all other similarly situated

DATED: November 9, 2015    **CARLSON & MESSER LLP**


/s/ J. Grace Felipe
Charles R. Messer
David J. Kaminski
J. Grace Felipe
Attorneys for Defendant,
CALIFORNIA SERVICE BUREAU

## ATTESTATION AND CERTIFICATE OF SERVICE

I, J. Grace Felipe, am the ECF user whose identification and password are being used to file the Notice of Settlement. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice of Settlement provided their authority and concurrence to file that document.

Dated: November 9, 2015          **CARLSON & MESSER LLP**

By: /s/ J. Grace Felipe
　　J. Grace Felipe
　　Attorney for Defendant,
　　CALIFORNIA SERVICE BUREAU