1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA LOVE ANIMASHAUN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA SERVICE BUREAU, AND DOES I THROUGH 10.<br><br>Defendants. | Case No.: 3:14-cv-03866-MMC<br><br>**[PROPOSED] ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE** |

The Court has reviewed the Stipulation to Dismiss Plaintiff's TARA LOVE ANIMASHAUN, individually and on behalf of all others similarly situated, and Defendant CALIFORNIA SERVICE BUREAU. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claims, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Defendant, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their

1 | respective attorneys' fees and costs.

2 |     IT IS SO ORDERED.

3

4 | Dated: November 19, 2015     _____
                                           UNITED STATES DISTRICT JUDGE